# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO CRUZ JR., <br><br> Plaintiff, <br><br> v. <br><br> KANOA, INC., et al., <br><br> Defendants. | Case No. 1:17-cv-01476 DAD JLT <br><br> **ORDER GRANTING REQUEST TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE** <br> (Doc. 5) |

The plaintiff reports that he has not been able to accomplish service on the defendants because it appears Kanoa no longer operates within the State of California and the other defendant may no longer live in this country. (Doc. 5 at 2) Therefore, the plaintiff's request to continue the scheduling conference is **GRANTED**. The scheduling conference is continued to **April 24, 2018** at 9:00 a.m.

IT IS SO ORDERED.

Dated: __January 18, 2018__           __/s/ Jennifer L. Thurston__
                                                             UNITED STATES MAGISTRATE JUDGE